IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREA TORRES-LINK,

        Plaintiff,

vs.

TEVA PHARMACEUTICAL INDUSTRIES, LTD, TEVA PHARMACEUTICALS USA, INC.,

        Defendants.

4:13CV3011

**ORDER**

Upon the reassignment of this case:

IT IS ORDERED:

1)  The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **January 27, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)  The in-chambers conference set for 8:30 a.m. on the first day of trial is cancelled.

August 5, 2013.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge