IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA TORRES-LINK,<br><br>                Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD, TEVA PHARMACEUTICALS USA, INC.,<br><br>                Defendants. | 4:13CV3011<br><br>MEMORANDUM AND ORDER |

After conferring with counsel:

IT IS ORDERED that the case progression schedule is modified as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **March 17, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 4, 2014** at **1:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 3, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for filing a motion to dismiss or for summary judgment is extended to November 27, 2013.

4) The deadline for filing a motion to compel is extended to October 15, 2013.

5) All other deadlines in the court's prior progression order remain in effect.

September 17, 2013.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge