FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 2 7 2014

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREA TORRES-LINK, | ) | Case No. 4:13-CV-03011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT TO EXERCISE OF** |
| v. | ) | **JURISDICTION BY A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE** |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the provisions of 28 U.S.C. § 636© and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| s/James Zalewski | For | Plaintiff | 1/21/14 |
| s/Larry J. Rappoport | For | Defendant | 1/21/14 |
| s/Mark A. Fahleson | For | Defendant | 1/21/14 |

4834-2120-1944, v. 1

1

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

January 27, 2014

Richard G. Kopf, Senior United States District Judge